**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 09-80654-CIV-RYSKAMP/WHITE

MANUEL DE JESUS MARTINEZ-GARCIA,

      Movant,

v.

UNITED STATES OF AMERICA,

      Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court pursuant to the Report and Recommendation of

United States Magistrate Judge Patrick A. White, filed November 13, 2009 **[DE 9]**.  Movant filed

Objections thereto on December 1, 2009 **[DE 10]**.  The Court has reviewed the Report and

Recommendation, the Objections thereto and has conducted a de novo review of the record.  It is

hereby

      ORDERED AND ADJUDGED that the Report and Recommendation is ADOPTED,

AFFIRMED and APPROVED.  The 28 U.S.C. § 2255 Motion to Vacate is DENIED.  The Clerk

of Court shall CLOSE this case and DENY any pending motions as MOOT.

      DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 2d day of

December, 2009.

                S/Kenneth L. Ryskamp
                KENNETH L. RYSKAMP
                UNITED STATES DISTRICT JUDGE